Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of PA

_____ Division

Pierre Jefferson and
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Steven Burton
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:19cv1390
(to be filled in by the Clerk's Office)

FILED
SCRANTON

AUG 1 2 2019

PER_____ DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Rickey Jefferson 2nd
  All other names by which you have been known:
  ID Number:
  Current Institution: L.C.P (Lackawanna County Prison)
  Address: 1371 N. Washington Ave
  Scranton  PA  18509
  *City  State  Zip Code*

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Steven Button
  Job or Title *(if known)*: C.M.C Security guard
  Shield Number:
  Employer: C.M.C Hospital
  Address: 1822 Mulberry Street
  Scranton  PA  18510
  *City  State  Zip Code*
  ☒ Individual capacity    ☒ Official capacity

  Defendant No. 2
  Name:
  Job or Title *(if known)*:
  Shield Number:
  Employer:
  Address:
  _____  _____  _____
  *City  State  Zip Code*
  ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
　Name
　Job or Title *(if known)*
　Shield Number
　Employer
　Address

　　　　City　　　　State　　　　Zip Code
　☐ Individual capacity　☐ Official capacity

Defendant No. 4
　Name
　Job or Title *(if known)*
　Shield Number
　Employer
　Address

　　　　City　　　　State　　　　Zip Code
　☐ Individual capacity　☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

　☐ Federal officials (a *Bivens* claim)

　☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and Unusual Punishment & Deliberate Indifference and Violation of the ENTALA - ACT.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

He violated the 8th Amendment and cruel and unusual punishment. Deliberate indifference as denying me medical/psy treatment by kicking me at the hospital after I told him my reasons for being there.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

They arose at C.M.C Hospital on Sept 29th 2018

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEPT 29th 2018 at about 2:45-3:00 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 9/29/18 at 2:45-3:00 AM I came to C.M.C's Emergency Room and told the nurse at the desk that I ran out of all my psy meds I'm feeling homicidal & sucidal, I'm hearing voices and seeing things and that I'd like to sign myself into the psy ward on the 7th floor she had me sign (2) forms gave me my

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My feelings of sucide and Homicidal thoughts intenseived and I did not see no Pr. and or I didn't recieve no medication or treatment at all.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'd like to recieve 250.000$ for not recieving any treatment for my mental health issues which includes compensatory damages nominal damages, and punitive damages not to excess 250.000$ dollars.

hospital bracelet and told me to have a seat in the waiting room somebody will be out to see me soon. As soon as I turn to my left to proceed to the waiting room security officer Steven Button along with a Scranton Police officer came out from the back of the E.R. Mr Button walks up to me and tells me word for word "your not welcomed here and if you don't leave now you will be arrested for trespassing". I then explained to him my reasons for being at the emergency room. He stated "I don't care why you are here and like I said if you don't leave you will be arrested for trespassing" So to avoid being arrested I left the hospital. Furthermore I suffer from A.D.D., A.D.H.D and I also been diagnosed with paranoid Skizoaffect disorder bipolar type. The medication I was taken to treat my illness is Geodine & Valproacid. I was also recieving services from Scranton Counsling by him denying me treatment put me at a great risk what if I ~~started~~ had killed somebody and or myself. I feel Mr Button should be punished for his ~~~~ malicious actions

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   BECAUSE THIS INCIDENT TOOK PLACE BEFORE I WAS SENT TO JAIL. IT HAPPENED AT C.M.C Hospital 9/29/18

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Rickey Jefferson
   Defendant(s) Tammy Ferguson et al

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Middle district

3. Docket or index number
   ccrqqi

4. Name of Judge assigned to your case
   Judge Jones

5. Approximate date of filing lawsuit
   Oct 2015

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. April 2018

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   We reached a settlement.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Rickey Jefferson
   Defendant(s) Officer Saez C/O Little C/O Taylor

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District

3. Docket or index number
   forgot

4. Name of Judge assigned to your case
   Judge Jones

5. Approximate date of filing lawsuit
   forgot sometime 2013

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   forgot

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed as moot.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 24th 2019

Signature of Plaintiff: R. Jefferson

Printed Name of Plaintiff: RICKEY JEFFERSON

Prison Identification #:

Prison Address: 1371 N. Washington Ave, Scranton, PA 18509

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

Telephone Number:

E-mail Address:




Name: Rickey Wellerson
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
08 AUG 2019 PM 1 L

United States District Court
235 N. Washington Ave
Scr PA 16501-1148

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

RECEIVED
SCRANTON
AUG 12 2019
PER _____
DEPUTY CLERK

18501-500139